Argued and submitted June 4, decision of Court of Appeals vacated and appeal dismissed September 16, 1986

BANISTER CONTINENTAL CORPORATION,
*Respondent on Review,*

*v.*

NORTHWEST PIPELINE CORPORATION,
*Petitioner on Review.*

(TC 81-6-745; CA A28212; SC S32416)

724 P2d 822

James H. Clarke, Portland, argued the cause for petitioner on review. With him on the petition was Spears, Lubersky, Campbell, Bledsoe, Anderson & Young.

Arden E. Shenker, Portland, argued the cause for respondent on review. With him on the response to the petition for review were Elizabeth A. Trainor and Tooze, Marshall, Shenker, Holloway & Duden and Robert T. Mautz and Mautz & Hallman.

Before Lent, Presiding Justice, and Linde, Campbell, Carson and Jones, Justices.

MEMORANDUM OPINION

.

## MEMORANDUM OPINION

Defendant appealed an adverse judgment in a contract dispute, raising 54 assignments of error. Plaintiff cross-appealed. The Court of Appeals affirmed, *Banister Continental Corp. v. NW Pipeline Corp.,* 76 Or App 282, 709 P2d 1103 (1985). Both defendant and plaintiff petitioned for review. We allowed review.

After argument of this case, the parties reached a settlement agreement, filed a stipulation for dismissal of the review and caused a satisfaction of the original judgment to be filed in the circuit court.

Without expressing an opinion on the merits of this case, we vacate the decision of the Court of Appeals and dismiss the appeal.